**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: IMM Holdings, Ltd. v. HKParts, Inc.   Case Number: 19-cv-06451

An appearance is hereby filed by the undersigned as attorney for:
HKParts, Inc.

Attorney name (type or print): Bradley P. Nelson

Firm: FisherBroyles LLP

Street address: 225 W. Washington, Suite 2200

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6194093
(See item 3 in instructions)

Telephone Number: 312-300-4005

Email Address: brad.nelson@fisherbroyles.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on Feb. 15, 2020

Attorney signature: S/ Bradley P. Nelson
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015